# United States District Court
for the
## Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v.. | ) ) ) Case No. 2:16-MJ-00004-JTR |
| NABOR PRUDENTE- RENDON | ) ) ) |

## CRIMINAL COMPLAINT

I, Jaimie A. Waite, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of December 31, 2015, in the county of Grants in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | Alien in the United States After Deportation |

This complaint is based on these facts:

On or about December 31, 2015, NABOR PRUDENTE- RENDON, a citizen and national of Mexico, was found in the United States in Grant County, Washington, within the Eastern District of Washington by Deportation Immigration and Custom Enforcement Deportation Officer Jaime A. Waite. On or about February 4, 2012, NABOR PRUDENTE- RENDON had previously been arrested and deported from the United States at SanYsidro, California. NABOR PRUDENTE-RENDON did not have the expressed consent of the Attorney General, or his successor, or the Secretary of the Department of Homeland Security to apply for re-entry into the United States.

I further state that I am an Immigration and Custom Enforcement Deportation Officer and that this complaint is based on the following facts: I have personal knowledge based upon the documents contained in the defendant's alien file that NABOR PRUDENTE- RENDON is a citizen and national of Mexico who was arrested and deported from the United States at San Ysidro, California on February 4, 2012. Additionally, I have personal knowledge that the Defendant, NABOR PRUDENTE-RENDON, was encountered in Grant County, Washington on December 31, 2015, by Immigration and Customs Enforcement while conducting jail check operations. Based on my knowledge as aforesaid, the Attorney General, or his successor, or the Secretary of the Department of Homeland Security has not approved the Defendant for re-admission into the United States.

☐ Continued on the attached sheet.

**presented, sworn, and transmitted electronically**

_Complainant's signature_
Jaimie A. Waite, Deportation Officer ICE
_Printed name and title_

Sworn to before me and signed in my presence.

Date: January 4, 2016

_Judge's signature_
John T. Rodgers, United States Magistrate Judge
_Printed name and title_

City and state: Spokane, Washington

Prudente-Rendon.Complaint.docx