# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NABOR PRUDENTE-RENDON,<br><br>Defendant. | Case No.   CR-16-00007-JLQ<br><br>**CRIMINAL MINUTES**<br><br>DATE:  March 3, 2016<br><br>LOCATION:  SPOKANE<br><br>PLEA / SENTENCING HEARING |
|---|---|

| Hon. Justin L. Quackenbush | | | |
|---|---|---|---|
| Lee Ann Mauk<br>**Courtroom Deputy** | Jeremy Johnson<br>**Law Clerk** | Bea Rump<br>**Interpreter** | Ronelle Corbey<br>**Court Reporter** |

| Matthew F. Duggan, AUSA<br>**Plaintiff's Counsel** | Amy H. Rubin, Asst. Fed. Defender<br>**Defendant's Counsel** |
|---|---|

**[ X ]  Open Court**           **[  ]  Chambers**           **[  ]  Telecon**

Defendant present, in custody, with counsel.   Interpreter Bea Rump is present.   United States Probation Officers Shane Moore and Shawn Kennicutt are present.   Signed Plea Agreement handed up to court (FILED).   Preliminary comments from court.   Counsel respond to questions from court regarding submittal of plea agreement this morning.

Defendant, counsel, and interpreter at podium.   Court queried Defendant as to the accuracy of his name.   Defendant stated his true name is accurate as the Court stated it.   Court engaged Defendant in a colloquy regarding the charge in the Indictment and advised Defendant that he has a right to go to trial.   Court advised Defendant of Constitutional Rights given up by plea of guilty.

Mr. Duggan sets forth the essential elements and facts that would need to be proven to obtain a conviction

Defendant pleads guilty to Count 1of the Indictment filed on January 5, 2016.   Defendant responds to questions from the court.   Court finds that the plea is knowing and voluntary, and not induced by fear, coercion or ignorance. Court accepts plea.   [To be filed: Order Accepting Plea].   Counsel present recommendations. Defendant makes statement to court.

Defendant is sentenced as follows:
**Imprisonment:**  21 months
**Supervised Release:** 3 years; with special condition not to return to U.S. without advance permission
**Special Assessment:** $100.00
**Fine:** Waived
**APPEAL RIGHTS GIVEN**

| CONVENED: 9:09 AM | ADJOURNED: 9:52  AM | TIME: 00:43 | CALENDARED   [  ] |
|---|---|---|---|